**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6818**

─────────────

UNITED STATES OF AMERICA,

                      Plaintiff - Appellee,

     versus

JAVIER DE JESUS BUSTOS, a/k/a Gabino,

                      Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-98-276, CA-99-483-AM)

─────────────

Submitted: October 29, 1999     Decided: November 17, 1999

─────────────

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Javier De Jesus Bustos, Appellant Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Javier De Jesus Bustos seeks to appeal the district court's order summarily dismissing his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See United States v. Bustos, Nos. CR-98-276; CA-99-483-AM (E.D. Va. Apr. 13, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED